UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-46 (PAM/JGL)

EMPLOYERS MUTUAL CASUALTY COMPANY,

Plaintiff,

v.

**PRETRIAL ORDER**

WENDLAND & UTZ, LTD., et al.,

Defendans.

Pursuant to Rule 16, Fed.R.Civ.P., the following schedule shall control pre-trial proceedings in this case:

1. Estimated length of trial is three days;

2. All motions which seek to amend any pleading or to add any parties must be filed prior to September 1, 2001;

3. Plaintiff shall disclose all expert witnesses by October 1, 2001, and reports by November 1, 2001; Defendants shall disclose all expert witnesses by November 1, 2001, and reports by December 1, 2001;

4. The period during which the parties may seek discovery shall be completed by March 1, 2002;

5. All non-dispositive motions, specifically those which relate to discovery and the discovery period, must be filed prior to March 1, 2002;

6. Until further notice, all dispositive motions must be noticed, served and filed, in accordance with the local rules, prior to April 1, 2002; and

7. This case will be considered "ready for trial" as of August 1, 2002.

DATED: June 15, 2001

JONATHAN LEBEDOFF
United States Magistrate Judge

JUN 15 2001
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK