# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Employers Mutual Casualty Company

Case No. Civil 01-46 PAM/JGL

v.

**JUDGMENT IN A CIVIL CASE**

Wendland & Tuz, Ltd; Terry Lynn Djonne;
Wen-Po Daniel Su; Man-mei Nadine Suk
Frederick Banfield and Heartman Ins Agency

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Plaintiff's motion for summary judgment is GRANTED.

DATE: May 13, 2002

RICHARD D. SLETTEN, CLERK

______________________________

Mary Kaye Conery, Deputy Clerk