IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

CASE NO. 01-CV-46 PAM/JGL

Employers Mutual Casualty Company,

Plaintiff,

v.

Wendland & Utz, Ltd., Terry Lynn Djonne,
Wen-Po Daniel Su, Man-Mei Nadine Su,
Frederick Banfield, and Heartman Insurance Agency,

Defendants.

## SATISFACTION OF COSTS

Plaintiff Employers Mutual Casualty Company, by its undersigned attorneys, hereby certifies that the $1,651.55 order for costs in favor of Plaintiff and against Defendants, has been fully paid and satisfied, and that the Clerk of Court shall record the same.

Dated this 11 day of June 2004.

Matthew P. Kostolnik #310669
GISLASON & HUNTER LLP
Attorneys for Plaintiff
Suite 215E
9900 Bren Road East
P. O. Box 5297
Minnetonka, MN 55343-2297
Phone: 952-933-9900

Subscribed and sworn to before me
this 11 day of June 2004.

Michelle R. Bucke
Notary Public

MPLIB:197875.1

SCANNED
U.S. DISTRICT COURT MPLS

GISLASON&HUNTER LLP

ATTORNEYS AT LAW

NEW ULM MINNEAPOLIS MANKATO MAPLETON DES MOINES

RECEIVED
BY U.S. MAIL
2004 JUN 14 AM 9:52
CLERK, U.S. DIST COURT
MINNEAPOLIS, MN

OF COUNSEL
Donald F. Hunter[3]
James H. Malecki
Ruth Ann Webster

Daniel A. Gislason†
C. Thomas Wilson
Marlin R. Kunard
David D. Alsop
Barry G. Vermeer[1]*
Gary W. Koch[1,2]
Timothy P. Tobin[2]*
Roger H. Gross*
David W. Sturges[4]†
R. Stephen Tillitt*†
Mark S. Ullery
Jeff C. Braegelmann
Reed H. Glawe[1]
Wade R. Wacholz[1]
Noel L. Phifer
Laura L. Myslis[1]
Andrew A. Willaert[1]
Daniel A. Beckman
Steven J. Vatndal[2]**
Michael S. Dove
Dustan J. Cross[1]
James R. Gowling[1]
Roger L. Kramer*
Loree A. Nelson[5]
Christopher E. Sandquist
Peter M. Sand[5]
Peter D. Favorite
Sara N. Wilson
Christopher P. Rosengren
Kathleen M. Loucks
Matthew P. Kostolnik
Sarah M. Aho
Dan J. Hoehn†
J. Vincent Stevens
Anthony Gabor
David C. Kim
Ryan R. Dreyer
Angela M. Nelson[2]

Sidney P. Gislason (1908-1985)
Robert M. Halvorson (1945-1993)
C. Allen Dosland (Retired)

MINNEAPOLIS OFFICE
Suite 215E
9900 Bren Road East
Minnetonka, MN 55343-9666

MAILING ADDRESS
PO Box 5297
Hopkins, MN 55343-2297

PHONE: 952-933-9900
FAX: 952-933-0242

WEB SITE: www.gislason.com

Also admitted in:
[1] Iowa
[2] Wisconsin
[3] Illinois
[4] Admitted only in Virginia
[5] Admitted only in Iowa

* Civil Trial Specialist
** Real Property Law Specialist certified by the Minnesota State Bar Association
† Qualified ADR Neutral

June 10, 2004

U. S. District Court
District of Minnesota
Room 202, 300 S. Fourth Street
Minneapolis, MN 55415

Re: EMC v. Wendland & Utz, Ltd., et al.
Court File No. 01-CV-46 PAM/JGL
Our File No. 70004-019

Dear Sir or Madam:

Enclosed herewith for filing with the Court please find Satisfaction of Costs in the above referenced matter.

Sincerely,

Matthew P. Kostolnik
*mkostolnik@gislason.com*

MPK/mrb
Enclosure
cc: Britton D. Weimer
James O. Redman

MPLIB:197766.1